UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rodell Lee,

                Plaintiff,

      -against-

United States of America,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/04/2023
```

1:23-cv-01710 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

        The Initial Pretrial Conference previously scheduled for Tuesday, June 27, 2023, at 11:00 a.m. EST is rescheduled to Monday, June 26, 2023, at 10:00 a.m. EST. The conference shall be conducted by telephone. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

Dated:    New York, New York
            May 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge