

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

November 9, 2023

**VIA ECF**
The Honorable Gary Stein
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Rodell Lee v. United States*, 23 Civ. 1710 (SDA)

Dear Judge Stein:

    This Office represents the United States of America (the "Government") in the above-captioned action brought by plaintiff Rodell Lee ("Plaintiff"). We write to respectfully request an adjournment of the settlement conference currently scheduled for November 16, 2023. ECF No. 28.

    The parties have engaged in settlement discussions in advance of the conference with the Court. During a phone call with Plaintiff's counsel this afternoon, the undersigned became aware of additional information that is relevant to Plaintiff's claim for damages. As a result, the Government needs additional time to discuss a potential settlement and obtain the requisite approvals from the Federal Bureau of Investigation and the Department of Justice. Plaintiff consents to the Government's request. The parties are available during the afternoon of November 27, 2023, all day on November 30, 2023, or on another date that is convenient for the Court. T

    The Government also respectfully requests that the deadline to submit ex part pre-conference submissions be rescheduled to one week prior to the new settlement conference date selected by the Court. In the event that the Court does not rule on this application today, the Government will submit its ex parte letter to the Court and request leave to submit a supplemental letter in advance of the rescheduled settlement conference.

    Thank you for your consideration of this letter.

Application Granted. The November 16, 2023 Settlement Conference is hereby rescheduled to **November 30, 2023 at 10:00 AM in Courtroom 9A** of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.
Dated: November 9, 2023

*/s/ Gary Stein*

**Gary Stein**
**United States Magistrate Judge**
**Southern District of New York**

Respectfully,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

            By: */s/ Rebecca L. Salk*
               REBECCA L. SALK
               Assistant United States Attorney
               86 Chambers Street, 3rd Floor
               New York, New York 10007
               Tel.: (212) 637-2614
               Email: Rebecca.Salk@usdoj.gov