USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/04/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Rodell Lee,

                Plaintiff,

-against-

United States of America,

                Defendant.

1:23-cv-01710 (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

On Monday, January 22, 2024, the parties shall file a joint letter regarding the status of discovery.

**SO ORDERED.**

Dated:    New York, New York
            December 4, 2023

_____
STEWART D. AARON
United States Magistrate Judge